AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STRALIA MARITIME S.A. and AERIO SHIPMANAGENT LTD., | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18 - |
| PRAXIS ENERGY AGENTS DMCC, | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PRAXIS ENERGY AGENTS DMCC
Swiss Tower, Suite 16-03, Jumeirah Lake Towers
P.O. Box 215503
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael E. Unger
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, New York  10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/9/2018                                                            /S/ P. NEPTUNE
                                                                           *Signature of Clerk or Deputy Clerk*

