# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

STRALIA MARITIME S.A. et al.,

    Plaintiffs,

v.                                 CASE NO. 1:18cv4150-RH

PRAXIS ENERGY AGENTS DMCC,

    Defendant.

_____/

## JUDGMENT FOR ATTORNEY'S FEES

The default judgment entered on January 24, 2020, ECF No. 112, did not include attorney's fees incurred by the plaintiff in this action but said a separate judgment for fees would be entered upon submission of a properly supported post-judgment application. The plaintiff now has filed a timely post-judgment application for attorney's fees and costs.

The application supports a fee award of $166,315.50, calculated as follows. Attorney Michael E. Unger worked 311.5 hours at $350. Michael Dehart worked 116.7 hours in 2018 at $215 per hour and 140 hours in 2019 at $230 per hour. I find that these hours were reasonably devoted to the case; that the claimed rates are reasonable; that the overall fee is reasonable; and that the hours, rates, and overall

fee are within the range that customarily would be charged by an attorney in this district for services of this kind. Indeed, the hourly rates are on the low end of the range. I find that the plaintiff Stralia Maritime S.A. actually and reasonably incurred fees in this amount.

The application also claims an additional amount—$14,877.50—for work performed by unidentified others. Without information about who performed the work at what rate, the additional amount cannot properly be awarded.

The application also claims unidentified and unsupported "costs" in the amount of $10,133.20. Without additional information and support, this amount cannot properly be awarded.

For these reasons,

IT IS ADJUDGED that the plaintiff Stralia Maritime S.A. recover from the defendant Praxis Energy Agents DMCC the amount of One Hundred Sixty-Six Thousand Three Hundred Fifteen and 50/100 Dollars ($166,315.50). This judgment is in addition to the default judgment for $334,607.40 previously entered in this case.

SO ORDERED on March 10, 2020.

s/Robert L. Hinkle<br>United States District Judge